**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**
**Grand Jury Sworn in on November 13, 2020**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| v. | : | |
| | : | **VIOLATION:** |
| **MAXIMO RAMON MARTE,** | : | |
| | : | **18 U.S.C. § 1001(a)(2)** |
| | : | **(False Statements)** |
| **Defendant.** | : | |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about September 27, 2019, in the District of Columbia, defendant **MAXIMO RAMON MARTE** did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the Executive Branch of the Government of the United States, in that the defendant falsely stated and represented to an agent of the Department of State that he never had direct control over any undisclosed foreign financial interests when, in truth and in fact, and as he then well knew and believed, **MARTE** did serve as a Director, Principal Agent, and Chief Executive Officer of a business organization registered under the laws of Nigeria, a foreign country, beginning as early as February 26, 2013, until at least on or about October 15, 2018.

(**False Statement to a Government Agency**, in violation of Title 18, United States Code, Section 1001(a)(2))

## COUNT TWO

On or about September 27, 2019, in the District of Columbia, defendant **MAXIMO RAMON MARTE** did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the Executive Branch of the Government of the United States, in that the defendant falsely stated and represented to an agent of the Department of State that he had not provided advice and support to any individual with a foreign business and other foreign organization within the last seven years when, in truth and in fact, and as he then well knew and believed, **MARTE** did provide such advice and support to a foreign business person on ways to facilitate oil shipments to Syria, beginning as early as on or about May 20, 2018, until at least on or about July 8, 2018.

**(False Statement to a Government Agency**, in violation of Title 18, United States Code, Section 1001(a)(2))

A TRUE BILL:

FOREPERSON.

*Michael R. Sherwin /sm*
Attorney of the United States in
and for the District of Columbia